UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BALTAS, | : | No. 3:19-cv-01820 (MPS) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT ERFE, et al., | : | FEBRUARY 7, 2024 |
| *Defendants.* | : | |

**NOTICE AND SUGGESTION OF DEATH**
*re:* **GREGORIO ROBLES**

The defendants hereby provide notice and suggestion of death of defendant Gregorio Robles. Mr. Robles died on or about January 7, 2024.

        DEFENDANTS
        Scott Erfe, et. al.

        *Respectfully submitted,*

        WILLIAM TONG
        ATTORNEY GENERAL

BY: /s/ *Dennis V. Mancini*
        Dennis V. Mancini (ct30239)
        Assistant Attorney General
        State of Connecticut
        Office of the Attorney General
        165 Capitol Avenue
        Hartford, CT 06106
        E-Mail: dennis.mancini@ct.gov
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

      I hereby certify that on February 7, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


                                                                          */s/ Dennis V. Mancini*

                                                                      Dennis V. Mancini (ct30239)
                                                                      Assistant Attorney General