**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BALTAS
     PLAINTIFF

CIVIL NO  3 19-cv-01820 (MPS)

V

ERFE  ET AL
     DEFENDANTS

MAY 15  2026

## <u>DECLARATION OF DEPUTY COMMISSIONER WILLIAM MULLIGAN</u>

I, Deputy Commissioner William Mulligan, do declare under penalty of perjury that the following is true and correct and is based upon my personal knowledge

1      I am over the age of 18 and believe in the obligations of an oath   I am currently employed by the Connecticut Department of Correction (DOC) as a Deputy Commissioner

2      I am a defendant in above captioned matter along with former Commissioners Angel Quiros, Scott Semple and former Deputy Commissioner Monica Rinaldi and the administrator of the estate of former DOC Captain Gregorio Robles

3      In this capacity, I am familiar with the plaintiff, Joe Baltas (#339650), and his institutional history within the DOC     Mr  Baltas has a history of association with the Diablos Motorcycle Gang, a group that has been listed as disruptive group by the DOC intelligence unit

4      Baltas is presently facing charges of assault on two DOC employees and attempted murder

1

5      On May 13th and 14th, I attended the trial in this matter in which Mr Baltas raised challenges about his confinement on Administrative Segregation from late December 2016 to May 2 2017

6      Mr Baltas history at the time of his placement in AS is set forth in the attached Request for Administrative Segregation Placement dated December 21, 2016 (attached hereto as Exhibit A)

7      During the trial, two individuals wearing Diablos identifiers sat directly behind myself and my co-defendants   I noticed Mr Baltas engage in non-verbal communication with the individuals as to where they should sit so that they could be seen by the jury

8      Near the conclusion of the proceedings on May 14th my co-defendants and I received information that conversations had been recorded between Mr Baltas and a suspected Diablos member   Mr Baltas advises the unidentified individual to come to court on Thursday when he is testifying   Mr Baltas directs the individual to wear his club shirt'   He further tells the individual to "fucking grill the defendants, grill the assholes give them shitty looks   It's the Comissioner and Deputy Commissioner, it's the top brass   scum bags "  A transcription of three calls is attached hereto as Exhibit B

9      My colleagues and I most certainly view the incident as an attempt to intimidate and to interfere with this process, and raises legitimate concern for ourselves and our families

2

I declare, pursuant to 28 U S C  §1746, under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and accurate

5/15/2026

_____

Date

William Mulligan

_____

William Mulligan

3

# EXHIBIT A



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### GARNER CORRECTIONAL INSTITUTION
### 50 NUNNAWAUK ROAD
### NEWTOWN, CONNECTICUT 06470



**HENRY FALCONE**
**WARDEN**

TEL  (203) 270-2810
FAX. (203) 270-1826

TO          ▮ Quiros, District Administrator
            ▮ Maiga, Director of Offender Classification Population Management

FROM        ▮ Falcone, Warden

SUBJECT     Request for Administrative Segregation Hearing/Placement
            Baltas, Joe #339650

DATE        December 21, 2016

---

I am requesting that inmate Baltas, Joe be considered for Administrative Segregation hearing/placement at Northern CI for safety and security concerns based on his extremely violent behavior and gang influence

Inmate Baltas has a history of association with the Diablos Motorcycle Gang  The Diablos are a fully established biker gang that has been around for decades that has chapters in cities across the United States who are highly organized and dangerous    In accordance with AD 6 14, Security Risk Group, The Diablos MC is not recognized as a Watch Group, but is listed as a disruptive group by the Intelligence Unit. His father, John Baltas Sr  was incarcerated in CT DOC #2117 was the founder of the East Coast chapter of the Diablos and the one time national president. Inmate Baltas father reported in the presentence investigation report that the club looked out for his son.  It was also reported that the father took his son with him to the club so often that it was impossible for him not to have witnessed violence.  Although undocumented, the inmate claims to have taken control of the organization since he was 16 years of age

Inmate Baltas was previously placed on Administrative Segregation status on February 10, 2014 for deliberately and violently assaulting an inmate with a weapon while housed at Cheshire CI on January 7, 2014  He sharpened a large piece of metal as a weapon to stab and cut the inmate during a fight  The victim sustained injuries to his face and arm  As a result of this incident, inmate Baltas received a 20 year consecutive sentence for Assault 2nd and Possession of a Weapon in a Correctional Institution.  He was removed from this status on April 28, 2015

He is currently managed on High Security status due to a notebook found in his possession containing staff names, suspected jurors names and a list of names/alias of what appeared to be Diablo leaders throughout the United States, and a formula of how to make a bomb

*An Equal Opportunity Employer*

Since his transfer from McDougall CI to Garner CI on November 23, 2016, he has repeatedly told staff, he will do what he has to do to get out of this facility. He is adamant on transferring to Cheshire CI. On November 28, 2016, during a telephone conversation with his mother, he stated, "I got to do what I got to do." On December 4, 2016, he stated, "you know what I mean, they don't want me to start raising hell." Based on information retrieved by the Intelligence Officer he is eluding that he will do a violent act to get out of this facility to create a staff profile. His threats to disrupt the facility operation presents a serious threat to the safety and security to staff, inmate population and the operation of the facility. A cell extraction team was authorized on December 13, 2016 due to inmate Baltas acutely disruptive behavior. More specifically, he became highly agitated while walking towards his cell, once secured in his cell he threatened to stab Officer Poma in the neck. When interviewed by supervisor, he stated on video camera, "when I get out of seg I'm gonna make a shank and stab you, there s your threat." He then barricaded his cell door trap with his mattress refusing to comply with staff's direction, once staff entered the cell, he became actively resistant and non compliant to submit to wrist restraints. Due to his disruptive behavior, he was placed on in-cell restraints. An officer sustained a knee injury as a result of this incident.

Inmate Baltas is serving a 95 year sentence for Murder, Assault 1st Burglary 1st, Kidnapping 2nd and a 20 year consecutive with current sentence for Assault 2nd and Possession of a Weapon in a Correctional Institution. He has a total of 55 disciplinary reports.

Inmate Baltas gang influence, history of assaults with weapons, and propensity to violence pose a significant risk to the operation of the institution. In addition, the special management profiles that are listed is a result of violence towards other inmates. To ensure the safety of staff and inmate population, and maintain the normal operations of the facility, it is recommended that inmate Baltas be placed on administrative segregation based on the aforementioned violent behavior and gang influence

# EXHIBIT B

Inmate Number
00339650
Name (last. First, Middle Init.)
BALTAS JOE
Date of Birth        Bond
12,31 1987        $1,252 000
Height        Weight
6 01        250 lbs
Hair Color        Eye Color
BROWN        BLUE        Photo Date    7/22/2021
Race        SSN
W
SRG Affiliation
n/a
Special Management Issue.        Alias

Scars. Tattoos Physical Abnormalities (i.e limp)

Inmate Name  JOE BALTAS        CSN  158355708        Date/Time  05/08/2026  19:08:28        Station  TAB_339650
Phone Number  1-475-343-2542        Inmate ID  339650        Facility  Walker Reception (RSMU), CT        User

**During this phone call, Inmate Baltas brings up a past memory of a "Club Party". The unidentified male party confirms that the location of that "club party" was the "Durham Nationals". The unidentified male also makes reference to "being busted in 96' and your old man came home" It appears as if the unidentified male could be a member of the motorcycle club Diablos. The unidentified male also mentions "I know you are busy with the upcoming trial" in which Inmate Baltas confirms and replied "They got 5 lawyers on that shit, I ain't doing nothing, there is a whole team working on that shit".**

Inmate Name  JOE BALTAS        CSN  158645410        Date/Time  05/12/2026  11 18:02        Station  TAB_339650
Phone Number  1-475-343-2542        Inmate ID  339650        Facility  Walker Reception (RSMU), CT        User

**Cursor @ approximately 1:25 mins**

**Joe Baltas (JB) & Unidentified Male (UM)**

JB- Quick update, so I start the trial for tomorrow right

UM- Yup

JB- Jury selection in the morning   Probably by the afternoon we will start the witnesses   I am going to testify Thursday afternoon   No court Friday and then I will be back testifying on Monday   So if you come, bring whoever you want

UM- So Thursday afternoon you will be there?

JB- I'll be there for everything but Thursday I'll be testifying.  I'll be up on the stand crying if I have to about how solitary confinement is and how fucked I am for the rest of my life **(laughing)**  If you guys come, wear your club shirts.

UM- Ok.

JB- Then fucking grill the defendants   Grill the assholes, give them shitty looks   It's the Commissioner and the Deputy Commissioner, it's the top brass **(laughing)**

UM- Ok, absolutely

JB- Yeah, scum bags

UM  You know what, matter of fact when I get out of this thing I'll call John and see if we could set up coming on Thursday or Monday

JB- Alright

UM- So it's at Hartford?

JB- Yeah federal court.

UM- Is there a docket number or should it just say your name on it

JB- It will have my name   You can ask someone and they will tell you where you gotta go

UM- Ok federal court and it's in the federal building right?

JB  Yeah the federal courthouse on main street, 450 main street

UM- Is it like where, 2nd floor, 3rd floor?

JB- I don't know, there are different court rooms   I think we will be on the first floor I think but I am not sure   They have a digital screen with he dockets   You will see my name and what courtroom we are in

UM  Let's see if fucking I can get all of this shit together for Thursday

JB- If you can, if you want

UM  No it will be cool, definitely   If I can make it, definitely I would like to

Inmate Name: JOE BALTAS                CSN 158738142           Date.Time 05/13/2026  17:21:53        Station TAB_339650
Phone Number 1-475-343-2542       Inmate ID 339650        Facility Walker Reception (RSMU), CT      User

**Cursor @ approximately .58 seconds**

**Joe Baltas (JB) & Unidentified Male (UM)**

UM- Are you going to be there tomorrow?

JB- Yup, I will be there tomorrow   My boy will be up there for like an hour and then I'll be up there

UM  So what time are you going up because I am trying to coordinate it

JB- Umm I would expect between 12 and 2

UM- So if I get there around 11 30 I'm good?

JB  Yeah, they also have lunch for an hour  I think it's around 1 o'clock.

UM  So you're not doing anything before lunch then?

JB- I might be up there before lunch, but I will definitely be up after lunch   No matter what after 2 o'clock I'll be up there

UM- But will you be outside sitting at the counselors table?

JB- At 2 o'clock?

UM- No, earlier

JB- Yeah, I will be there all day   I was there all day today

UM- No in the courtroom where I can see you?

JB- Yes, I will be in the courtroom with my lawyers all day   From 9am to 4pm I'll be in the courtroom

UM- Perfect   It's 450 main street right?

JB- Yup the federal courthouse

UM  Umm we just go right in the front?

JB- Yeah I guess

UM- Did you know what floor you were on?

JB- I was on the first floor in courtroom 2

UM  Perfect, perfect that's what I wanted to know   I am going to take John   Too bad I couldn't bring you something, that sucks, but whatever

JB  I mean you could probably bring me something to eat if you want   I can get food from the lawyers   I don't know if they are willing to take it from you, but you can try

UM- I am going to be wearing my nomad shirt so they probably ain't going to take nothing from me

JB  I can't wait because everyone is going to be all fucking uppity  You are going to see them freakout, it's going to be hilarious **(laughing)**

UM  Yeah fuck them

**Inmate Baltas informs the unidentified male party that it is a lawsuit and that all of the defendants are prior commissioners from the last couple of years.**

**Cursor @ approximately 5:30 mins**

UM  So I switched some things around and I am going to bring Melovenda with me

JB- Alright.

UM- That way you could put a face to the letters that you get