**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

JOE BALTAS,

    Plaintiff,

    v.

ANGEL QUIROS, SCOTT SEMPLE, MONICA
RINALDI, WILLIAM MULLIGAN, CHARLES
KURMAY, *as Administrator of the Estate of Gregorio
Robles, Jr.*,

    Defendants.

No. 3:19-cv-01820 (MPS)

**VERDICT FORM**

MAY 22 2026 PM12:23
FILED-USDC-CT-HARTFORD

---

## A. Liability

1. Did Mr. Baltas prove, by a preponderance of the evidence, that Mr. Quiros violated his rights under the Eighth Amendment?

    Yes: ✓          No: _____

2. Did Mr. Baltas prove, by a preponderance of the evidence, that Mr. Semple violated his rights under the Eighth Amendment?

    Yes: _____          No: ✓

3. Did Mr. Baltas prove, by a preponderance of the evidence, that Ms. Rinaldi violated his rights under the Eighth Amendment?

    Yes: _____          No: ✓

4. Did Mr. Baltas prove, by a preponderance of the evidence, that Mr. Mulligan violated his rights under the Eighth Amendment?

    Yes: ✓          No: _____

5. Did Mr. Baltas prove, by a preponderance of the evidence, that Mr. Robles violated his rights under the Eighth Amendment?

    Yes: ✓          No: _____

-1-

*If you have answered "Yes" in Part A with respect to any defendant, continue to Part B as to that defendant.  If you have answered "No" with respect to any defendant, leave all answers in Part B blank with respect to that defendant.  If you answered "No" to all questions in Part A, skip all questions in Part B, and continue to Part C.*

## B. Damages

### 1. Compensatory Damages

If you answered "Yes" to a question in **Part A**, what amount of compensatory damages do you find will reasonably compensate Mr. Baltas for the injuries proximately caused by the defendant's (or defendants') conduct?

| | |
|---|---|
| **Mr. Quiros:** | $ _____ |
| **Mr. Semple:** | $ _____ |
| **Ms. Rinaldi:** | $ _____ |
| **Mr. Mulligan:** | $ _____ |
| **Mr. Robles:** | $ _____ |
| **Total Compensatory Damages:** | $ _____ |

### 2. Nominal Damages

If you answered "Yes" to a question in **Part A** *but found that Mr. Baltas is not entitled to any compensatory damages in Part B.1*, indicate below that Mr. Baltas is entitled to $10.00 in nominal damages with respect to any defendant you found liable in **Part A**:

| | |
|---|---|
| **Mr. Quiros:** | $ _10_____ |
| **Mr. Semple:** | $ _____ |
| **Ms. Rinaldi:** | $ _____ |
| **Mr. Mulligan:** | $ _10_____ |
| **Mr. Robles:** | $ _10_____ |
| **Total Nominal Damages:** | $ _30_____ |

3.  **Punitive Damages**

If you answered "Yes" to a question in **Part A**, do you choose to award punitive damages against any of the following defendants as to whom you answered "Yes" in **Part A** in order to punish or deter similar conduct?

| | | |
|---|---|---|
| **Mr. Quiros** | Yes: ✓ | No: ___ |
| **Mr. Semple** | Yes: ___ | No: ✓ |
| **Ms. Rinaldi** | Yes: ___ | No: ✓ |
| **Mr. Mulligan** | Yes: ✓ | No: ___ |
| **Mr. Robles** | Yes: ✓ | No: ___ |

If you answered "Yes" as to any defendant immediately above, what amount of money do you award as punitive damages against that defendant?

| | |
|---|---|
| **Mr. Quiros:** | $ 46,800 |
| **Mr. Semple:** | $ 0 |
| **Ms. Rinaldi:** | $ 0 |
| **Mr. Mulligan:** | $ 41,600 |
| **Mr. Robles:** | $ 41,600 |
| **Total Punitive Damages:** | $ 130,000 |

C.  **Signature**

The foreperson should sign and date this form and notify the marshal that you have reached a verdict. Your verdict will then be returned to the Court.

5-22-2026

**Foreperson**          **Dated**

-4-