**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOE BALTAS, | : | No. 3:19-cv-01820 (MPS) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | MAY 22 2026 PM12:23 |
| | : | FILED-USDC-CT-HARTFORD |
| SCOTT ERFE, et al., | : | May 22, 2026 |
| *Defendants.* | : | |

## JURY INTERROGATORIES

Your answers to each question below must be unanimous and must represent the considered judgment of each juror. For further details please refer to my jury instructions under the subheading "UNANIMOUS VERDICT."

1. With respect to Defendant Mulligan, did you find that the Eighth Amendment violation was based on his (circle all that apply, individually or in combination):

    (a.) Deprivation of Plaintiff Baltas's nutritionally adequate food

    (b.) Deprivation of Plaintiff Baltas's recreation time

    c.  Dirt/mud on Plaintiff Baltas's window

2. With respect to Defendant Robles, did you find that the Eighth Amendment violation was based on his (circle all that apply, individually or in combination):

    (a.) Deprivation of Plaintiff Baltas's nutritionally adequate food

    (b.) Deprivation of Plaintiff Baltas's recreation time

    c.  Dirt/mud on Plaintiff Baltas's window

## SIGNATURE

The foreperson should sign and date this form and notify the marshal that you have reached a consensus. This form will then be returned to the Court.

**Foreperson**

5-22-2026

**Date**

2