**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOE BALTAS

v.

3:19CV1820(MPS)

ANGEL QUIROS, *in his individual*
*and official capacities*, SCOTT SEMPLE *in*
*his individual and official capacities*,
MONICA RINALDI *in her individual and official*
*capacities*, WILLIAM MULLIGAN *in his*
*individual and official capacities*, CHARLES
KURMAY, *Administrator of the Estate of Gregorio*
*Robles, Jr.*

**JUDGMENT**

This matter came on for trial before a jury and the Honorable Michael P. Shea, United States District Judge. On May 22nd, 2026, after deliberation, the jury returned a verdict in favor of the plaintiff, Joe Baltas, for his Eighth Amendment claims against defendants, Angel Quiros, William Mulligan and Charles Kurmay, *Administrator of the Estate of Gregorio Robles, Jr.*

Joe Baltas is awarded nominal damages in the amount of $10 against defendant Angel Quiros, $10 against defendant William Mulligan, and $10 against defendant Charles Kurmay, Administrator of the Estate of Gregorio Robles, Jr, plus punitive damages in the amount of $46,800 against Angel Quiros, punitive damages in the amount of $41,600 against William Mulligan, and $41,600 against Charles Kurmay, *Administrator of the Estate of Gregorio Robles, Jr.*

In addition, the jury did not charge any Eighth amendment claims against defendants Scott Semple and Monica Rinaldi.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, JOE BALTAS, against defendants ANGEL QUIROS, WILLIAM MULLIGAN AND CHARLES KURMAY, *ADMINISTRATOR OF THE ESTATE OF GREGORIO ROBLES, JR*, in the total amount of $130,030 and the case is closed.

Dated at Hartford, Connecticut, this 26th day of May 2026.

DINAH MILTON KINNEY, Clerk

By /s/ Christina Sichanh
Deputy Clerk

EOD: 5/26/2026